PROB 12C
(6/16)

Report Date: January 28, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 28, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Dustin Delmar Whitefoot            Case Number: 0980 1:14CR02059-SMJ-1

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge

Date of Original Sentence: April 8, 2015

| | | |
|---|---|---|
| Original Offense: | Assault Resulting in Serious Bodily Injury, 18 U.S.C. §§ 113(a)(6) & 1153 | |
| Original Sentence: | Prison - 37 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Alison L. Gregoire | Date Supervision Commenced: May 12, 2017 |
| Defense Attorney: | Alex B. Hernandez, III | Date Supervision Expires: May 11, 2020 |

## PETITIONING THE COURT

To issue a summons.

The probation officer believes the offender has violated the following conditions of supervision:

Violation Number       Nature of Noncompliance

1       **Mandatory Condition #3**: The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court.

**Supporting Evidence**: Dustin Delmar Whitefoot is considered to be in violation of his supervised release by possessing marijuana on January 22, 2020.

Mr. Whitefoot's conditions were reviewed with him on June 20, 2017. He signed his conditions acknowledging an understanding, which includes the mandatory condition number 3, as noted above.

On January 22, 2020, Dustin Delmar Whitefoot was contacted at his residence. He was inside the dwelling with his girlfriend and an odor of marijuana was detected inside the residence. Mr. Whitefoot initially denied smoking any marijuana but later confirmed he had been smoking marijuana in the home. He voluntarily handed this officer a baggie which contained a green leaf substance that he admitted being marijuana. The baggie was seized and removed from the dwelling. The offender also had a small smoking device and a multi-colored grinder containing a small amount of green leaf substance, to which Mr. Whitefoot said was marijuana.

| | | |
|---|---|---|
| 2 | | **Special Condition #15**: Defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Mr. Whitefoot is considered to be in violation of his supervised release by consuming marijuana on January 22, 2020. Mr. Whitefoot verbally admitted to using marijuana stating he had been consuming marijuana since about January 8, 2020.

Mr. Whitefoot's conditions were reviewed with him on June 20, 2017. He signed his conditions acknowledging an understanding, which includes special condition number 15, as noted above.

On January 22, 2020, a home visit was completed and Dustin Delmar Whitefoot disclosed he had been consuming marijuana since about January 8, 2020. He stated he had four family members pass away since January 1, 2020, two in a vehicle accident and two in a house fire. He said it has been difficult to cope with these losses and he turned to using marijuana in an effort to cope with his emotional pain.

3      **Special Condition #16**: Defendant shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer) as directed by the supervising officer, but no more than 6 times per month, in order to confirm continued abstinence from the substance.

**Supporting Evidence**: Dustin Delmar Whitefoot is considered to be in violation of his supervised release by consuming alcohol on or about January 8, 2020. He indicated he has consumed alcohol on several occasions since this date.

Mr. Whitefoot's conditions were reviewed with him on June 20, 2017. He signed his conditions acknowledging an understanding, which includes special condition number 16, as noted above.

On January 22, 2020, a home visit was completed and Dustin Delmar Whitefoot disclosed he had consumed alcohol on or about January 8, 2020. He stated he had four family members pass away since January 1, 2020, two in a vehicle accident and two in a house fire. He said it has been difficult to cope with these losses and he turned to using alcohol in an effort to cope with his emotional pain.

4      **Special Condition #17**: Defendant shall undergo a substance abuse evaluation and, if indicated by a license/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. Defendant shall contribute to the cost of treatment according to defendants ability to pay. Defendant shall allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Dustin Delmar Whitefoot is considered to be in violation of his conditions of supervised release by failing to attend his substance abuse group treatment session at Merit Resource Services on December 3, 10 and 24, 2019. He also failed to schedule an individual counseling session for the month of December 2019.

Case 1:14-cr-02059-SMJ    ECF No. 60    filed 01/28/20    PageID.232    Page 3 of 4

Prob12C
**Re: Whitefoot, Dustin Delmar**
**January 28, 2020**
**Page 3**

    Mr. Whitefoot's conditions were reviewed with him on June 20, 2017. He signed his conditions acknowledging an understanding, which includes special condition number 17, as noted above.

    According to the substance abuse treatment document dated January 2, 2020, from Merit Resources Services, Dustin Delmar Whitefoot failed to attend his substance abuse treatment group meetings on the listed dates. He failed to schedule an individual counseling session with his counselor for the month of December 2019.

5      **Standard Condition #3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

    **Supporting Evidence**: Dustin Delmar Whitefoot is considered to be in violation of his conditions of supervised release by failing to report to the U.S. Probation office in Yakima, Washington as directed on January 23, 2020.

    Mr. Whitefoot's conditions were reviewed with him on June 20, 2017. He signed his conditions acknowledging an understanding, which includes standard condition number 3, as noted above.

    During the home visit on January 22, 2020, this officer directed Dustin Delmar Whitefoot to report to the U.S. Probation Office in Yakima the following day. He agreed and said he would meet this officer on January 23, 2020. Mr. Whitefoot failed to report as directed on January 23, 2020.

6      **Special Condition #15**: Defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

    **Supporting Evidence**: Mr. Whitefoot is considered to be in violation of his supervised release by admitting he consumed marijuana on January 23, 2020.

    Mr. Whitefoot's conditions were reviewed with him on June 20, 2017. He signed his conditions acknowledging an understanding, which includes special condition number 15, as noted above.

    On January 24, 2019, Mr. Whitefoot reported to the U.S. Probation Office in Yakima and met with this officer. He signed an admission form confirming he began using marijuana on or about January 8, 2020. He then disclosed he had again used marijuana on January 23, 2020.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

Prob12C
**Re: Whitefoot, Dustin Delmar**
**January 28, 2020**
Page 4

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: January 28, 2020

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

1/28/2020

Date